UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH COLLINS,

                Plaintiff,                21 **CIVIL** 9544 (NRB)

     -against-                  **JUDGMENT**

THE CITY UNIVERSITY OF NEW YORK,
KAROL V. MASON, BRIAN A. KERR,
TONY BALKISSOON, JILL MAXWELL,
GABRIELA LEAL, and JANE DOES 1-10,
Individuals whose names are currently
Unknown to Plaintiff.

                Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 8, 2023, Defendants motion is granted. For the foregoing reasons, the Court dismisses the Amended Complaint in its entirety with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          February 8, 2023

                                                      **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                     **BY:**

                                                              **Deputy Clerk**